THE IMMACULATE CONCEPTION CHURCH, Appellant, *v.* CHARLES
E. SHEFFER, Respondent.

*Immaculate Conception Church* v. *Sheffer*, 88 Hun, 335, affirmed.
(Argued May 11, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fourth judicial department, entered
July 10, 1895, affirming a judgment in favor of defendant
entered upon the report of a referee.

*M. M. Tompkins* for appellant.

*J. A. Elston* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.

---

ROCHESTER PRINTING COMPANY, Appellant, *v.* MARGARET A.
MARION, JAMES MARION, JOHN F. KINNEY, as Assignee of
MARGARET A. MARION and JAMES MARION for the Benefit
of Creditors, and PATRICK FAHY, Respondents.

WILLIAM D. CLARK, Appellant, *v.* THE SAME, Respondents.

*Rochester Printing Co.* v. *Fahy*, 88 Hun, 614, affirmed.
(Argued May 12, 1898; decided June 7, 1898.)

APPEALS from a judgment of the late General Term of the
Supreme Court in the fifth judicial department, entered July
1, 1895, affirming a judgment in favor of defendant Patrick
Fahy, entered upon a decision of the court, dismissing the
complaint as to him, on trial at the Monroe Equity Term.

*David N. Salisbury* for appellant.

*Edward F. Wellington* for respondent Fahy.

*William B. Hale* for respondent Kinney.

Judgment affirmed, with costs; no opinion.
All concur.